UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GASSEW aka LUCSC VUAGUESC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAREN GEDNEY, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:20-CV-00262-RCJ-CLB<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 9) |

　　　　Before the Court is the Report and Recommendation of United States Magistrate Judge Carla L. Baldwin (ECF No. 9[1]) entered on July 13, 2020, recommending that the Court dismiss the action without prejudice.  No objection to the Report and Recommendation has been filled.

　　　　This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

　　　　The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

1

**IT IS HEREBY ORDERED** that Magistrate Judge Baldwin's Report and Recommendation (ECF No. 9) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee or file a fully complete application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge